Tom GOODMAN

v.

COMMONWEALTH.

Court of Appeals of Kentucky.

Feb. 15, 1957.

Rehearing Denied May 10, 1957.

J. Howard Holbert, Elizabethtown, for appellant.

Jo M. Ferguson, Atty. Gen., Robert F. Matthews, Jr., Asst. Atty. Gen., for appellee.

PER CURIAM.

The appellant, Tom Goodman, was convicted of malfeasance in office, fined $100, and his office of constable automatically forfeited under KRS 61.170(1).

We have considered each of the points raised by the appellant and conclude, after a discussion of them, that no substantial or prejudicial error was committed on the trial.

The motion for an appeal is overruled and the judgment is affirmed.